**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: SUTTON, ROBERT PATRICK | § | Case No. 15-82096 |
| SUTTON, KATHRYN ANN | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 14, 2015. The undersigned trustee was appointed on August 14, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     46,430.22

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 64.48 |
   | Bank service fees | 479.41 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 45,886.33 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/22/2015 and the deadline for filing governmental claims was 02/10/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,393.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,393.02, for a total compensation of $5,393.02.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/14/2017      By: /s/JAMES E. STEVENS
                      Trustee, Bar No.: 3128256

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82096  
**Case Name:** SUTTON, ROBERT PATRICK  
  SUTTON, KATHRYN ANN  
**Period Ending:** 07/14/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/14/15 (f)  
**§341(a) Meeting Date:** 09/17/15  
**Claims Bar Date:** 12/22/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Cash on hand | 500.00 | 0.00 | | 0.00 | FA |
| 2 | American Bank Checking Acct. No. ending 0746 | 45.00 | Unknown | | 0.00 | FA |
| 3 | Chase Business Checking    Acct owner is Softbuyers, and Softbuyers is now a debtor in bankruptcy. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Business High Yield Savings Acct 5975    Soft Buyers Acct is Softbuyers and Softbuyers is now a debtor in bankruptcy. | 1.00 | 0.00 | | 0.00 | FA |
| 5 | Chase Business High Yield Savings Acct. 8175    Softbuyers | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Chase Business High Yield Savings Acct 8383    Softbuyers | 1.00 | 0.00 | | 0.00 | FA |
| 7 | Chase Checking Acct    Balance was $10,165.22 on 8/14/15 and Debtors exempted $5,000.00. | 5,000.00 | 5,165.22 | | 5,165.22 | FA |
| 8 | Chase Savings Acct. 9769    Softbuyers acct. | 1.00 | 0.00 | | 0.00 | FA |
| 9 | Harvard State Bank Checking Acct. 3137 | 350.00 | 0.00 | | 0.00 | FA |
| 10 | Household furnishings & media and workout equip    Value and exemption changed per amended schedules filed 9/15/15. | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Seven children's bicycles & other hobby equipmt | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 100% owner of now dissolved Softbuyers, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Frank Romero - co-worker loan | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | 1995 Chevrolet Caprice Classic    See Order Disallowing Exemption entered 10/5/15. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 17 | 2008 Ford E350 Van    See Order Disallowing Exemption entered 10/5/15. | 3,200.00 | 3,200.00 | | 0.00 | FA |
| 18 | TAX REFUNDS - 2014 tax year (u) | 6,265.00 | 6,265.00 | | 6,265.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 15-82096 | | **Trustee:** | (330420) JAMES E. STEVENS |
|---|---|---|---|---|
| **Case Name:** | SUTTON, ROBERT PATRICK | | **Filed (f) or Converted (c):** | 08/14/15 (f) |
| | SUTTON, KATHRYN ANN | | **§341(a) Meeting Date:** | 09/17/15 |
| **Period Ending:** | 07/14/17 | | **Claims Bar Date:** | 12/22/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| See Amended Schedule B filed 9/15/15. | | | | | |
| 19   Avoidable Transfer  (u)  Credit card debt of approximately 108,700 apparently incurred to pay Larry/PPI shortly before Debtors' bankruptcy filing . See Order Compromising Controversy entered March 9, 2017. | 0.00 | 107,800.00 | | 17,500.00 | FA |
| 20   Avoidable Transfer  (u)  Repayment of  potential debt (repay Larry Miller for Lary's prior possible advancements). See Order Compromising Controversy entered March 9, 2017. | 0.00 | 68,727.25 | | 17,500.00 | FA |
| 21   ASSET ENTERED IN ERROR | 0.00 | 0.00 | | 0.00 | FA |
| 22   ASSET ENTERED IN ERROR | 0.00 | 0.00 | | 0.00 | FA |
| **22   Assets   Totals** (Excluding unknown values) | **$19,163.00** | **$192,657.47** | | **$46,430.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     March 30, 2017          **Current Projected Date Of Final Report (TFR):**     July 14, 2017  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-82096  
**Case Name:** SUTTON, ROBERT PATRICK  
SUTTON, KATHRYN ANN  
**Taxpayer ID #:** **-***1499  
**Period Ending:** 07/14/17

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/08/15 | {7} | Richard and Kathryn Sutton | checking account ending 6356 | 1129-000 | 5,165.22 | | 5,165.22 |
| 10/08/15 | {18} | Richard and Kathryn Sutton | tax refunds | 1224-000 | 6,265.00 | | 11,430.22 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.50 | 11,418.72 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.87 | 11,402.85 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.04 | 11,384.81 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.78 | 11,369.03 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.76 | 11,353.27 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.91 | 11,335.36 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.71 | 11,319.65 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.69 | 11,303.96 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.83 | 11,286.13 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.64 | 11,270.49 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.78 | 11,252.71 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.14 | 11,236.57 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.57 | 11,221.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.16 | 11,203.84 |
| 12/15/16 | 101 | James E. Stevens, Trustee of the Robert Sutton Estate | transfer of total funds on account | 1290-000 | -11,203.84 | | 0.00 |

|  |  | ACCOUNT TOTALS | 226.38 | 226.38 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | **Subtotal** | **226.38** | **226.38** | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$226.38** | **$226.38** | |

{} Asset reference(s)

Exhibit B

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-82096 | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- |
| Case Name: | SUTTON, ROBERT PATRICK | Bank Name: | Rabobank, N.A. |
|  | SUTTON, KATHRYN ANN | Account: | ******3566 - Checking Account |
| Taxpayer ID #: | **-***1499 | Blanket Bond: | $4,396,000.00 (per case limit) |
| Period Ending: | 07/14/17 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/16 |  | MEGAN G. HEEG | TURNOVER OF BALANCE OF MONIES IN TRUSTEE HEEG'S CHECKING ACCOUNT | 1129-000 | 11,203.84 |  | 11,203.84 |
| 12/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 11,193.84 |
| 01/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 17.16 | 11,176.68 |
| 02/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 15.00 | 11,161.68 |
| 03/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 16.58 | 11,145.10 |
| 04/03/17 |  | Colleen G. Thomas Trust Fund | Microsoft Corporation Settlement of Adversary Case No. 16-96024 pursuant to Court Order entered March 9, 2017 |  | 35,000.00 |  | 46,145.10 |
|  | {19} |  | 17,500.00 | 1241-000 |  |  | 46,145.10 |
|  | {20} |  | 17,500.00 | 1241-000 |  |  | 46,145.10 |
| 04/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 55.23 | 46,089.87 |
| 05/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 72.92 | 46,016.95 |
| 06/05/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #15-82096, Bond#016018067 | 2300-000 |  | 64.48 | 45,952.47 |
| 06/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 66.14 | 45,886.33 |
|  |  |  | **ACCOUNT TOTALS** |  | 46,203.84 | 317.51 | $45,886.33 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 46,203.84 | 317.51 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$46,203.84** | **$317.51** |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******9766** | 226.38 | 226.38 | 0.00 |
| **Checking # ******3566** | 46,203.84 | 317.51 | 45,886.33 |
|  | $46,430.22 | $543.89 | $45,886.33 |

{} Asset reference(s)                                                                 Printed: 07/14/2017 05:25 PM     V.13.30

Printed: 07/14/17 05:25 PM  **Exhibit C**  Page: 1

**Case: 15-82096   SUTTON, ROBERT PATRICK**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 08/14/15 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3210-00   Attorney for Trustee Fees (Other Firm)> | 5,622.50 | 5,622.50 | 0.00 | 5,622.50 | 5,622.50 |
| | 08/14/15 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 5,393.02 | 5,393.02 | 0.00 | 5,393.02 | 5,393.02 |
| 7 -2 | 02/15/17 | 200 | Ehrmann Gehlbach Badger Lee & Considine, LLC<br>215 E. First Street, Box 447<br>Dixon, IL 61021<br><3991-00   Other Professional Fees> | 10,930.67 | 10,930.67 | 0.00 | 10,930.67 | 10,930.67 |
| | | | **Total for Priority 200:   100% Paid** | **$21,946.19** | **$21,946.19** | **$0.00** | **$21,946.19** | **$21,946.19** |
| | | | **Total for Admin Ch. 7 Claims:** | **$21,946.19** | **$21,946.19** | **$0.00** | **$21,946.19** | **$21,946.19** |
| **Priority Claims:** | | | | | | | | |
| 2 | 10/13/15 | 505 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><5200-00   Unsecured Claims Allowed> | 1,056.40 | 1,056.40 | 0.00 | 1,056.40 | 1,056.40 |
| | | | **Priority 505:   100% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 10/09/15 | 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)><br>Claim No. 1 is allowed in the sum of $22,788.84 as a duplicate claim of the debtor's former business, Softbuyers, Inc..,<br>Chapter 7 Bankruptcy Case No. 15-82476. Claimant received distribution for its claim filed in Softbuyers, Inc. bankruptcy as<br>Claim No. 1 in the amount of $1,683.98. Claimant has amended its Claim No. 1 in this bankruptcy reflecting the $1,683.98<br>distribution received. | 24,472.82 | 22,788.84 | 0.00 | 22,788.84 | 1,448.43 |
| 3 | 11/22/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 6,428.08 | 6,428.08 | 0.00 | 6,428.08 | 408.56 |
| 4 | 11/22/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 3,332.74 | 3,332.74 | 0.00 | 3,332.74 | 211.82 |

Printed: 07/14/17 05:25 PM                                **Exhibit C**                                                Page: 2

## Case: 15-82096    SUTTON, ROBERT PATRICK

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 | 12/17/15 | 610 | Microsoft Corporation<br>c/o Lauren Dorsett,Davis Wright<br>Tremaine, LLP,1201 Third Avenue, Suite 2<br>Seattle, WA 98101<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 -2 | 12/17/15 | 610 | Microsoft Corporation<br>c/o Lauren Dorsett,Davis Wright<br>Tremaine, LLP,1201 Third Avenue, Suite 2<br>Seattle, WA 98101<br><7100-00   General Unsecured § 726(a)(2)><br>Claim No. 5-2 is allowed in the sum of $322,191.72 as a duplicate claim of the debtor's former business, Softbuyers, Inc., Chapter 7 Bankruptcy Case No. 15-82476. Claimant received distribution for its claim filed in Softbuyers, Inc. bankruptcy as Claim No. 2-2 in the amount of $23,808.28. | 346,000.00 | 322,191.72 | 0.00 | 322,191.72 | 20,478.07 |
| 6 | 12/18/15 | 610 | Comenity Capital Bank<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><7100-00   General Unsecured § 726(a)(2)> | 5,300.00 | 5,300.00 | 0.00 | 5,300.00 | 336.86 |
| 7 | 02/15/17 | 610 | Ehrmann Gehlbach Badger Lee & Considine, LLC<br>215 E. First Street, Box 447<br>Dixon, IL 61021<br><7100-00   General Unsecured § 726(a)(2)> | 10,930.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 610:    6.35586% Paid** | **$396,464.31** | **$360,041.38** | **$0.00** | **$360,041.38** | **$22,883.74** |
| | | | **Total for Unsecured Claims:** | **$396,464.31** | **$360,041.38** | **$0.00** | **$360,041.38** | **$22,883.74** |
| | | | **Total for Case :** | **$419,466.90** | **$383,043.97** | **$0.00** | **$383,043.97** | **$45,886.33** |

**TRUSTEE'S PROPOSED DISTRIBUTION**          Exhibit D

Case No.: 15-82096  
Case Name: SUTTON, ROBERT PATRICK  
Trustee Name: JAMES E. STEVENS  

**Balance on hand:** $ 45,886.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 45,886.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 5,393.02 | 0.00 | 5,393.02 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 5,622.50 | 0.00 | 5,622.50 |
| Other Fees: Ehrmann Gehlbach Badger Lee & Considine, LLC | 10,930.67 | 0.00 | 10,930.67 |

Total to be paid for chapter 7 administration expenses: $ 21,946.19  
Remaining balance: $ 23,940.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 23,940.14

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,056.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Department of Revenue | 1,056.40 | 0.00 | 1,056.40 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $     1,056.40 |
| Remaining balance: | $    22,883.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 360,041.38 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 22,788.84 | 0.00 | 1,448.43 |
| 3 | Capital Recovery V, LLC | 6,428.08 | 0.00 | 408.56 |
| 4 | Capital Recovery V, LLC | 3,332.74 | 0.00 | 211.82 |
| 5 | Microsoft Corporation | 0.00 | 0.00 | 0.00 |
| 5 -2 | Microsoft Corporation | 322,191.72 | 0.00 | 20,478.07 |
| 6 | Comenity Capital Bank | 5,300.00 | 0.00 | 336.86 |
| 7 | Ehrmann Gehlbach Badger Lee & Considine, LLC | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $    22,883.74 |
| Remaining balance: | $         0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**