UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **SUTTON, ROBERT PATRICK** | ) | Bankruptcy Case No. 15-82096 TML |
| **SUTTON, KATHRYN ANN** | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 11, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

SUTTON, ROBERT PATRICK
SUTTON, KATHRYN ANN
1805 DUNDALK LANE
MCHENRY, IL 60050

COLLEEN G. THOMAS
30 NORTH WESTERN AVENUE
CARPENTERSVILLE, IL 60110
*(Via ECF Electronic Transmission)*

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*(Via ECF Electronic Transmission)*

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Microsoft Corporation
c/o Lauren Dorsett
Davis Wright Tremaine, LLP
1201 Third Avenue, Suite 2
Seattle, WA 98101

Comenity Capital Bank
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Box 447
Dixon, IL 61021


/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com