# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: SUTTON, ROBERT PATRICK § Case No. 15-82096
   SUTTON, KATHRYN ANN § 
                  §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $7,898.00      Assets Exempt: $8,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $23,940.14    Claims Discharged
                  Without Payment: $516,137.69

Total Expenses of Administration: $22,490.08

---

  3) Total gross receipts of $46,430.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $46,430.22 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,490.08 | 22,490.08 | 22,490.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,046.00 | 1,056.40 | 1,056.40 | 1,056.40 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,202,915.05 | 396,464.31 | 360,041.38 | 22,883.74 |
| **TOTAL DISBURSEMENTS** | $1,213,961.05 | $420,010.79 | $383,587.86 | $46,430.22 |

4) This case was originally filed under Chapter 7 on August 14, 2015. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2017            By: /s/JAMES E. STEVENS
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TURNOVER OF BALANCE OF MONIES IN TRUSTEE HEEG'S | 1129-000 | 11,203.84 |
| transfer of total funds on account | 1290-000 | -11,203.84 |
| Chase Checking Acct | 1129-000 | 5,165.22 |
| TAX REFUNDS - 2014 tax year | 1224-000 | 6,265.00 |
| Avoidable Transfer | 1241-000 | 17,500.00 |
| Avoidable Transfer | 1241-000 | 17,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$46,430.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 5,393.02 | 5,393.02 | 5,393.02 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 5,622.50 | 5,622.50 | 5,622.50 |
| Other - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3991-000 | N/A | 10,930.67 | 10,930.67 | 10,930.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.50 | 11.50 | 11.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.87 | 15.87 | 15.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.04 | 18.04 | 18.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.78 | 15.78 | 15.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.76 | 15.76 | 15.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.91 | 17.91 | 17.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.71 | 15.71 | 15.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.69 | 15.69 | 15.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.83 | 17.83 | 17.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.64 | 15.64 | 15.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.78 | 17.78 | 17.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.14 | 16.14 | 16.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.57 | 15.57 | 15.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.16 | 17.16 | 17.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.16 | 17.16 | 17.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.00 | 15.00 | 15.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.58 | 16.58 | 16.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.23 | 55.23 | 55.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.92 | 72.92 | 72.92 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 64.48 | 64.48 | 64.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.14 | 66.14 | 66.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$22,490.08** | **$22,490.08** | **$22,490.08** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Illinois Department of Revenue | 5200-000 | 1,046.00 | 1,056.40 | 1,056.40 | 1,056.40 |
| NOTFILED | Internal Revenue Service | 5200-000 | 10,000.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $11,046.00 | $1,056.40 | $1,056.40 | $1,056.40 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 24,500.00 | 24,472.82 | 22,788.84 | 1,448.43 |
| 3 | Capital Recovery V, LLC | 7100-000 | 6,100.00 | 6,428.08 | 6,428.08 | 408.56 |
| 4 | Capital Recovery V, LLC | 7100-000 | 3,335.00 | 3,332.74 | 3,332.74 | 211.82 |
| 5 | Microsoft Corporation | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5-2 | Microsoft Corporation | 7100-000 | 1,000,000.00 | 346,000.00 | 322,191.72 | 20,478.07 |
| 6 | Comenity Capital Bank | 7100-000 | N/A | 5,300.00 | 5,300.00 | 336.86 |
| 7 | Ehrmann Gehlbach Badger Lee & Considine, LLC | 7100-000 | N/A | 10,930.67 | 0.00 | 0.00 |
| NOTFILED | Huck Bouma | 7100-000 | 3,129.75 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Fire Protection Dist | 7100-000 | 610.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | 302.09 | N/A | N/A | 0.00 |
| NOTFILED | Choice Privileges Visa Card Services | 7100-000 | 7,305.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 19,500.00 | N/A | N/A | 0.00 |
| NOTFILED | City Of Geneva | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 4,700.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | McCall Family Denistry | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 1,757.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 710.00 | N/A | N/A | 0.00 |
| NOTFILED | PayPal Credit | 7100-000 | 5,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 13,667.00 | N/A | N/A | 0.00 |
| NOTFILED | Tiffany & Co. | 7100-000 | 204.41 | N/A | N/A | 0.00 |
| NOTFILED | University Of Chicago Medicine | 7100-000 | 9,676.83 | N/A | N/A | 0.00 |
| NOTFILED | Orbit Medical | 7100-000 | 432.25 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Services, LLC | 7100-000 | 3,300.00 | N/A | N/A | 0.00 |
| NOTFILED | The University Of Chicago Physicians Gro | 7100-000 | 144.00 | N/A | N/A | 0.00 |
| NOTFILED | Atlantic Credit & Finance Special Finan | 7100-000 | 3,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Bank | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 985.00 | N/A | N/A | 0.00 |
| NOTFILED | American Bank | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 52,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 33,600.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 178.51 | N/A | N/A | 0.00 |
| NOTFILED | AFNI, INc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ameritox | 7100-000 | 50.21 | N/A | N/A | 0.00 |
| NOTFILED | Bracepoint Law | 7100-000 | 578.00 | N/A | N/A | 0.00 |
| NOTFILED | Louis S. Freedman Freedman Anselmo Lindberg, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,202,915.05** | **$396,464.31** | **$360,041.38** | **$22,883.74** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82096  
**Case Name:** SUTTON, ROBERT PATRICK  
SUTTON, KATHRYN ANN  
**Period Ending:** 12/06/17

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/14/15 (f)  
**§341(a) Meeting Date:** 09/17/15  
**Claims Bar Date:** 12/22/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 500.00 | 0.00 | | 0.00 | FA |
| 2 | American Bank Checking Acct. No. ending 0746 | 45.00 | Unknown | | 0.00 | FA |
| 3 | Chase Business Checking<br>    Acct owner is Softbuyers, and Softbuyers is now a debtor in bankruptcy. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Business High Yield Savings Acct 5975<br>    Soft Buyers Acct is Softbuyers and Softbuyers is now a debtor in bankruptcy. | 1.00 | 0.00 | | 0.00 | FA |
| 5 | Chase Business High Yield Savings Acct. 8175<br>    Softbuyers | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Chase Business High Yield Savings Acct 8383<br>    Softbuyers | 1.00 | 0.00 | | 0.00 | FA |
| 7 | Chase Checking Acct<br>    Balance was $10,165.22 on 8/14/15 and Debtors exempted $5,000.00. | 5,000.00 | 5,165.22 | | 5,165.22 | FA |
| 8 | Chase Savings Acct. 9769<br>    Softbuyers acct. | 1.00 | 0.00 | | 0.00 | FA |
| 9 | Harvard State Bank Checking Acct. 3137 | 350.00 | 0.00 | | 0.00 | FA |
| 10 | Household furnishings & media and workout equip<br>    Value and exemption changed per amended schedules filed 9/15/15. | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Seven children's bicycles & other hobby equipmt | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 100% owner of now dissolved Softbuyers, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Frank Romero - co-worker loan | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | 1995 Chevrolet Caprice Classic<br>    See Order Disallowing Exemption entered 10/5/15. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 17 | 2008 Ford E350 Van<br>    See Order Disallowing Exemption entered 10/5/15. | 3,200.00 | 3,200.00 | | 0.00 | FA |
| 18 | TAX REFUNDS - 2014 tax year  (u) | 6,265.00 | 6,265.00 | | 6,265.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82096  
**Case Name:** SUTTON, ROBERT PATRICK  
              SUTTON, KATHRYN ANN  
**Period Ending:** 12/06/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/14/15 (f)  
**§341(a) Meeting Date:** 09/17/15  
**Claims Bar Date:** 12/22/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | See Amended Schedule B filed 9/15/15. |  |  |  |  |  |
| 19 | Avoidable Transfer  (u)<br>  Credit card debt of approximately 108,700 apparently incurred to pay Larry/PPI shortly before Debtors' bankruptcy filing . See Order Compromising Controversy entered March 9, 2017. | 0.00 | 107,800.00 |  | 17,500.00 | FA |
| 20 | Avoidable Transfer  (u)<br>  Repayment of  potential debt (repay Larry Miller for Lary's prior possible advancements). See Order Compromising Controversy entered March 9, 2017. | 0.00 | 68,727.25 |  | 17,500.00 | FA |
| 21 | ASSET ENTERED IN ERROR | 0.00 | 0.00 |  | 0.00 | FA |
| 22 | ASSET ENTERED IN ERROR | 0.00 | 0.00 |  | 0.00 | FA |
| 22 | Assets   Totals (Excluding unknown values) | **$19,163.00** | **$192,657.47** |  | **$46,430.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee Stevens was appointed as successor trustee on December 14, 2016. The Trustee pursued collection of two avoidable transfers in a pending adversary proceeding. The Trustee has settled with the Debtor. See Order Compromising Controversy entered March 9, 2017. The Trustee will file his Final Report.

**Initial Projected Date Of Final Report (TFR):**    March 30, 2017        **Current Projected Date Of Final Report (TFR):**    July 14, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-82096
**Case Name:** SUTTON, ROBERT PATRICK
SUTTON, KATHRYN ANN
**Taxpayer ID #:** **-***1499
**Period Ending:** 12/06/17

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** ******9766 - Checking Account
**Blanket Bond:** $4,396,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/08/15 | {7} | Richard and Kathryn Sutton | checking account ending 6356 | 1129-000 | 5,165.22 | | 5,165.22 |
| 10/08/15 | {18} | Richard and Kathryn Sutton | tax refunds | 1224-000 | 6,265.00 | | 11,430.22 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.50 | 11,418.72 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.87 | 11,402.85 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.04 | 11,384.81 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.78 | 11,369.03 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.76 | 11,353.27 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.91 | 11,335.36 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.71 | 11,319.65 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.69 | 11,303.96 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.83 | 11,286.13 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.64 | 11,270.49 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.78 | 11,252.71 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.14 | 11,236.57 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.57 | 11,221.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.16 | 11,203.84 |
| 12/15/16 | 101 | James E. Stevens, Trustee of the Robert Sutton Estate | transfer of total funds on account | 1290-000 | -11,203.84 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 226.38 | 226.38 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 226.38 | 226.38 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$226.38** | **$226.38** | |

{} Asset reference(s)

Printed: 12/06/2017 09:33 AM    V.13.30

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-82096  
**Case Name:** SUTTON, ROBERT PATRICK  
SUTTON, KATHRYN ANN  
**Taxpayer ID #:** **-***1499  
**Period Ending:** 12/06/17

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/16 | | MEGAN G. HEEG | TURNOVER OF BALANCE OF MONIES IN TRUSTEE HEEG'S CHECKING ACCOUNT | 1129-000 | 11,203.84 | | 11,203.84 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,193.84 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.16 | 11,176.68 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.00 | 11,161.68 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.58 | 11,145.10 |
| 04/03/17 | | Colleen G. Thomas Trust Fund | Microsoft Corporation Settlement of Adversary Case No. 16-96024 pursuant to Court Order entered March 9, 2017 | | 35,000.00 | | 46,145.10 |
| | {19} | | | 17,500.00 | 1241-000 | | 46,145.10 |
| | {20} | | | 17,500.00 | 1241-000 | | 46,145.10 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.23 | 46,089.87 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.92 | 46,016.95 |
| 06/05/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #15-82096, Bond#016018067 | 2300-000 | | 64.48 | 45,952.47 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.14 | 45,886.33 |
| 09/05/17 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $5,622.50, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 5,622.50 | 40,263.83 |
| 09/05/17 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $5,393.02, Trustee Compensation;  Reference: | 2100-000 | | 5,393.02 | 34,870.81 |
| 09/05/17 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $10,930.67, Other Professional Fees;  Reference: | 3991-000 | | 10,930.67 | 23,940.14 |
| 09/05/17 | 105 | Illinois Department of Revenue | Dividend paid 100.00% on $1,056.40; Claim# 2; Filed: $1,056.40; Reference: | 5200-000 | | 1,056.40 | 22,883.74 |
| 09/05/17 | 106 | Capital One Bank (USA), N.A. | Dividend paid 6.35% on $22,788.84; Claim# 1; Filed: $24,472.82; Reference: | 7100-000 | | 1,448.43 | 21,435.31 |
| 09/05/17 | 107 | Microsoft Corporation | Dividend paid 6.35% on $322,191.72; Claim# 5 -2; Filed: $346,000.00; Reference: | 7100-000 | | 20,478.07 | 957.24 |
| 09/05/17 | 108 | Comenity Capital Bank | Dividend paid 6.35% on $5,300.00; Claim# 6; Filed: $5,300.00; Reference: | 7100-000 | | 336.86 | 620.38 |
| 09/05/17 | 109 | Capital Recovery V, LLC | Combined Check for Claims#3,4 | | | 620.38 | 0.00 |
| | | | Dividend paid 6.35% on $6,428.08; Claim# 3; Filed: $6,428.08 | 408.56 | 7100-000 | | 0.00 |
| | | | Dividend paid 6.35% on $3,332.74; Claim# 4; Filed: $3,332.74 | 211.82 | 7100-000 | | 0.00 |

Subtotals : $46,203.84  $46,203.84

{} Asset reference(s)

Printed: 12/06/2017 09:33 AM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 15-82096 | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| **Case Name:** | SUTTON, ROBERT PATRICK | | **Bank Name:** | Rabobank, N.A. |
| | SUTTON, KATHRYN ANN | | **Account:** | ******3566 - Checking Account |
| **Taxpayer ID #:** | **-***1499 | | **Blanket Bond:** | $4,396,000.00   (per case limit) |
| **Period Ending:** | 12/06/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 46,203.84 | 46,203.84 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 46,203.84 | 46,203.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$46,203.84** | **$46,203.84** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******9766** | 226.38 | 226.38 | 0.00 |
| **Checking # ******3566** | 46,203.84 | 46,203.84 | 0.00 |
| | $46,430.22 | $46,430.22 | $0.00 |

{} Asset reference(s)